## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ESTATE OF JOEY CORBIN, by CHRISTINE CORBIN, as Personal Representative of the Estate, and on behalf of the Survivors,<br><br>    Plaintiff,<br><br>v.<br><br>KNOX COUNTY, et. al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.:  16-cv-4232-JEH<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION FOR DISMISSAL

NOW COMES the Plaintiff, ESTATE OF JOEY CORBIN, by its attorney, Louis J. Meyer of Meyer & Kiss, LLC, and the Defendants, ADVANCED CORRECTIONAL HEALTH CARE and AMY STOMBERG, by their attorney, Peter R. Jennetten of Quinn, Johnston, Henderson, Pretorius & Cerulo, and Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss Defendants Advanced Correctional Health Care and Amy Stomberg with prejudice, in bar of action, with each party herein to bear its respective costs.

    ESTATE OF JOEY CORBIN, Plaintiff

    BY: */s/ Louis J. Meyer*
    Louis J. Meyer
    Meyer & Kiss, LLC
    311 W. Stratford Drive
    Peoria, IL 61614
    Louismeyer@meyerkiss.com

    ADVANCED CORRECTIONAL HEALTH CARE and AMY STOMBERG, Defendants

    BY: */s/ Peter R. Jennetten (with permission)*
    Peter R. Jennetten
    Quinn, Johnston, Henderson, Pretorius & Cerulo
    227 N.E. Jefferson Avenue
    Peoria, IL 61602-1211
    Email:  pjennetten@quinnjohnston.com